IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | CASE NO. 08-438-01 |
| | * | 08-230-01 |
| vs. | * | |
| | * | |
| JAMES FLOYD, | * | |
| | * | |
| Defendant. | * | |

## ORDER MODIFYING THE TERMS OF PROBATION

THIS CAUSE having been heard by the Court upon the Defendant's Motion to Terminate Probation, and the Court, after hearing argument of counsel, and being otherwise fully advised in the premises therein, it is hereby:

ORDERED AND ADJUDGED: *Denied*

that the Defendant's Motion to Modify the Terms of Probation is hereby ~~GRANTED~~ and Defendant is **Not** ~~permitted to travel to Iraq~~ or Afghanistan (or possibly Kuwait), provided ~~that such travel is under the supervision of L3 Communications and pursuant to his employment with L3 Communications~~.

DONE AND ORDERED at Martin Luther King, Jr. Federal Building & U.S. Courthouse 50 Walnut Street Newark, NJ 07101, this 29th day of March 2011.

_____
SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEW JERSEY

Copies furnished to:
Mark Stuart
Mark_A_Stuart@alnp.uscourts.gov