IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| Plaintiff, | * | CASE NO. 08-438-01 |
| | * | 08-230-01 |
| vs. | * | |
| | * | |
| JAMES FLOYD, | * | |
| | * | |
| Defendant. | * | |

## ORDER ~~GRANTING~~ DENYING RECONSIDERATION OF THE DEFENDANT'S MOTION TO MODIFY THE TERMS OF PROBATION

THIS CAUSE having been heard by the Court upon the Defendant's Motion to Reconsider his Motion to Modify the Terms of Probation, and the Court, after hearing argument of counsel, and being otherwise fully advised in the premises therein, it is hereby:

ORDERED AND ADJUDGED: DENIED

that the Defendant's Motion to Reconsider his Motion to Modify the Terms of Probation is hereby ~~GRANTED~~ and Defendant is permitted to travel to Iraq, provided his passport is surrendered to the custody of L3 Communications.

DONE AND ORDERED at Martin Luther King, Jr. Federal Building & U.S. Courthouse 50 Walnut Street Newark, NJ 07101, this ____ day of April 2011.

SUSAN D. WIGENTON
UNITED STATES DISTRICT JUDGE
DISTRICT OF NEW JERSEY

Copies furnished to:
Mark Stuart
Mark_A_Stuart@alnp.uscourts.gov